**Margaret Elizabeth BRODERICK, Plaintiff–Appellant,**

v.

**Peter D. KEISLER,\* Acting Attorney General; et al., Defendants–Appellees.**

No. 07–55918.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 1, 2007 \*\*.

Filed Oct. 10, 2007.

Margaret Elizabeth Broderick, Fort Worth, TX, pro se.

U.S. Attorney, USLA–Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, for Defendants–Appellees.

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

MEMORANDUM \*\*\*

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's motion for preliminary injunctive relief. *See United States v.*

---

\* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record); *see also Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995) (denial of preliminary injunctive relief reviewed for abuse of discretion).

**AFFIRMED.**

---

\* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.